UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LUIS MENDEZ, JR., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:17-CV-00384 |
| SCHLUMBERGER TECHNOLOGY CORPORATION, | § § § § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION FOR
## APPROVAL OF SETTLEMENT AGREEMENT & ORDER DISMISSING CASE

COMES NOW the Joint Motion to Approve Confidential Settlement Agreement and Dismiss Lawsuit with Prejudice (D.E. 89), filed by Plaintiffs and Defendant (collectively, the "Parties"). In the Complaint, Plaintiffs alleged that Defendant violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., by failing to pay overtime for hours worked in excess of forty hours in a workweek. The Parties have informed the Court that they have reached a settlement and have jointly moved for approval of a confidential settlement agreement and to enter final judgment.

In this case, there are genuine disputes over whether Plaintiffs are entitled to certain overtime pay; the amount of overtime pay due, if any; and whether the Defendant's alleged violations of the FLSA were willful and/or whether Defendant would prevail on their good faith defense. This Court has reviewed the confidential settlement agreement and finds that the terms of the settlement are fair and reasonable.

This Court approves the proposed settlement as a fair and reasonable compromise of a bona fide dispute under the FLSA. The motion for approval is **GRANTED**, and this case is hereby **DISMISSED WITH PREJUDICE**.

This Court retains jurisdiction to enforce the confidential settlement agreement between the parties.

Except as provided herein, all costs under 28 U.S.C. § 1920 are taxed against the party that incurred them.

All relief not expressly granted herein is **DENIED**.

The Clerk is **DIRECTED** to close this case.

ORDERED on January 4, 2022.

_____
Julie K. Hampton
United States Magistrate Judge